

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00663-CV

**$16,370.00 U.S. CURRENCY**,
Appellant

v.

**STATE** of Texas,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI14611
Honorable Rosie Alvarado, Judge Presiding[1]

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice

Delivered and Filed: January 25, 2023

DISMISSED FOR WANT OF PROSECUTION

In this appeal of a default judgment determining that the $16,370.00 in United States currency claimed by Appellant Jorge Perez was contraband and all his interest in the currency was forfeited, Appellant's brief was due on December 16, 2022.

After no brief or motion for extension of time to file the brief was received, on December 20, 2022, this court ordered Appellant to show cause in writing not later than January 4, 2023, why

---

[1] The Honorable Angelica I. Jimenez, Presiding Judge of the 408th Judicial District Court, Bexar County, Texas, signed the default judgment.

this appeal should not be dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a).  In our order, we warned Appellant that if he failed to show cause in writing as ordered, this appeal would be dismissed without further notice.

To date, Appellant has not filed a response to our December 20, 2022 order.  Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

PER CURIAM